**Order entered January 11, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00874-CV

### TERESA WARD COOPER AND JAY SANDON COOPER, Appellants

### V.

### CITY OF DALLAS, TEXAS, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02287-A**

## ORDER

Before the Court are Appellants' January 4, 2017 Motion to Vacate a Previous Order Extending Time to File Motion for Rehearing and Motion for En Banc Reconsideration and Appellants' January 4, 2017 Unopposed Motion to Extend Time to File Motion for Rehearing and Motion for En Banc Reconsideration. Our records show that on December 19, 2016, we granted Appellants' December 16, 2016 Unopposed Motion to Extend Time to File Motion for Rehearing and Motion for En Banc Reconsideration, which sought an extension of 15 days, and ordered them to file their Motion for Rehearing and Motion for En Banc Reconsideration by January 6, 2017. On December 28, 2016, this Court issued an Amended Judgment.

We **GRANT** Appellants' January 4, 2017 Motion to Vacate a Previous Order Extending Time to File Motion for Rehearing and Motion for En Banc Reconsideration and Appellants' January 4, 2017 Unopposed Motion to Extend Time to File Motion for Rehearing and Motion for En Banc Reconsideration to the extent that we **ORDER** Appellants to file their Motion for Rehearing and Motion for En Banc Reconsideration by February 11, 2017.

/s/     DAVID J. SCHENCK
           JUSTICE